UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

SYLVITE SOUTHEAST, LTD.                    Case No.  8:11-bk-22154-CED

       Debtor.
_____/

URALKALI TRADING, S.A., a foreign
entity,

       Plaintiff,

vs.                                         Adv. Pro. No.8:12-ap-00319-CED

SYLVITE SOUTHEAST, LLC n/k/a
SYLVITE, LLC, a Florida Limited
Liability Company.,

       Defendant.
_____/

**ORDER GRANTING MOTION FOR MANDATORY ABSTENTION;
PERMISSIVE ABSTENTION; OR IN THE ALTERNATIVE, MOTION FOR REMAND**

THIS CASE came on for hearing on August 21, 2012 on the Motion for Mandatory Abstention; Permissive Abstention; or in the Alternative, Motion for Remand ("Motion") (Doc No.3) filed herein.  For the reasons stated orally and recorded in open court that shall constitute the decision of the Court, it is hereby

ORDERED AND ADJUDGED AS FOLLOWS::

1.     The Motion is GRANTED.

2.     This action is hereby REMANDED to the Circuit Court of the Tenth Judicial Circuit of Florida in and for Polk County.

DONE AND ORDERED at Tampa, Florida on   October 22, 2012  .

                                    K. Rodney May
                                    United States Bankruptcy Judge

Copies furnished to:

Allan C. Watkins, Esquire, 707 N. Franklin Street, Suite 750, Tampa, FL 33602

Robert E. Johnson, Esquire, Gray Robinson, P.A., Post Office Box 3324, Tampa, FL 33601

Carolyn R. Chaney, Chapter 7 Trustee, Post Office Box 530248, St. Petersburg, FL 33747

Pierce J. Guard, Jr., The Guard Law Group, PLLC, 4200 South Florida Avenue, Lakeland, FL 33813